B2500D (rev 12/2017)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Scotty's Holdings, LLC**,
Debtor.

**Brewhouse Noble West, LLC**,
Plaintiff,
vs.
**A Pots & Pans Production, LLC**,
Defendant, Third−Party Plaintiff,
vs.
**Jeremy Hamilton**,
**Brewhouse Holdings, LLC**,
Third−Party Defendants.

Case No. **18−09243−JJG−11**

Adv. Proc. No. **19−50089**

All documents regarding this matter must be identified by both adversary and bankruptcy case numbers.

## THIRD−PARTY SUMMONS

A third−party complaint under Title 11 of the U.S. Code was filed against you in this Court on July 12, 2019, by Third−Party Plaintiff A Pots & Pans Production, LLC.

**YOU ARE SUMMONED** and required to file a motion or answer to the attached third−party complaint within **30 days** after the issuance of this summons. In addition, if you are served with a copy of the plaintiff's complaint, you do not have to answer the plaintiff's complaint. The only exception is when the plaintiff's complaint is in regards to an admiralty or maritime action pursuant to Fed.R.Civ.P. 9(h) and 14(c). In this instance, you are required to file a motion or an answer to the plaintiff's complaint. Documents must be filed with the Court at the address shown above.

**ANSWER DUE:** August 14, 2019

You must serve a copy of the motion or answer on the defendant/third−party plaintiff's attorney and the plaintiff's attorney. If you file a motion, your time to answer is determined by Fed.R.Bankr.P. 7012.

| **Name and address of defendant/third−party plaintiff's attorney:** | **Name and address of plaintiff's attorney:** |
|---|---|
| John Joseph Allman<br>One Indiana Square, Suite 1600<br>211 N. Pennsylvania Street<br>Indianapolis, IN 46204 | David J. Jurkiewicz<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204 |

**You may have the right to have your case decided by the district court. Your failure to respond timely will be deemed your consent to entry of judgment by the bankruptcy court, and judgment by default may be taken against you for the relief demanded in the third−party complaint.**

/s/ Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court

Dated: July 15, 2019

B2500D (rev 12/2017)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Scotty's Holdings, LLC**,
Debtor.

**Brewhouse Noble West, LLC**,
Plaintiff,
vs.
**A Pots & Pans Production, LLC**,
Defendant, Third−Party Plaintiff,
vs.
**Jeremy Hamilton**,
**Brewhouse Holdings, LLC**,
Third−Party Defendants.

Case No. **18−09243−JJG−11**

Adv. Proc. No. **19−50089**

A PDF fillable Certification of Service is available at www.insb.uscourts.gov/webforms/newlaw/cs.pdf.

## CERTIFICATE OF SERVICE
## REGARDING THIRD−PARTY SUMMONS

I, ____________________________________________ (name), certify that I am, and at all times during the service of the summons was, not less than 18 years of age and not a party to these cases. I further certify that the service of this summons and a copy of the third−party complaint were made on __________________________ (date), by one of the following methods:

- ☐ **Mail Service**: By regular, first class U.S. mail, and postage fully prepaid. (**List names/addresses below.**)
- ☐ **Personal Service**: By leaving the summons with the defendant or with an officer or agent of the defendant. (**List names/addresses below.**)
- ☐ **Residence Service**: By leaving the summons with an adult. (**List names/addresses below.**)
- ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the summons by certified mail addressed to the defendant. (**List names/addresses below.**)
- ☐ **Publication**: By serving the defendant as outlined in the space below.
- ☐ **State Law**: By serving the defendant pursuant to the laws of the State of ____________________ (U.S. state) as outlined in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

**Under penalty of perjury, I declare that the foregoing is true and correct.**

| | | |
|---|---|---|
| Signature | Date | Business Address |
| Printed Name | | Business City, State, and Zip |