**SO ORDERED: January 3, 2020.**



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, | ) | CASE NO.  18-09243-JJG-11 |
| | ) | (Jointly Administered) |
| Debtor(s) [1]. | ) | |
| _____ | ) | |
| | ) | |
| BREWHOUSE NOBLE WEST, LLC, | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| vs. | ) | ADVERSARY CASE |

---

[1]  The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); P&P & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, LLC, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

1

| | |
|---|---|
| A POTS & PANS PRODUCTION, LLC,     ) <br>     Defendant/Counter-Plaintiff.    ) <br> _____ ) <br>     ) <br> A POTS & PANS PRODUCTION, LLC,    ) <br>     Third Party-Plaintiff,    ) <br>     vs.    ) <br> BREWHOUSE HOLDINGS, LLC,    ) <br> and JEREMY HAMILTON    ) <br>     Third Party-Defendants.    ) | NO.  19-50089 |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the *Joint Motion to Dismiss with Prejudice* [Doc. 26] filed by A Pots & Pans Production, LLC ("P&P"), by counsel, and Brewhouse Noble West, LLC ("Noble West"), Brewhouse Holdings, LLC ("Holdings") and Jeremy Hamilton ("Hamilton"), by counsel, on November 27, 2019. The Court, having extended notice and opportunity for a response, and no response or objection having been filed, hereby finds that said motion should be granted. Accordingly, it is

**ORDERED, ADJUGED AND DECREED** that the adversary complaint of Noble West against P&P be, and hereby is, dismissed, with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the counterclaim of P&P against Noble West be, and hereby is, dismissed with prejudice;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the third party complaint of P&P against Holdings and Hamilton be, and hereby is, dismissed with prejudice;

# # #